Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| PATRICIA ROBLES | ) Chapter 13 <br> ) <br> ) Case No.: 8:10-bk-11501-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301096** in the sum of **$8,155.53** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    BANK OF AMERICA
    RETAIL PYMT SERVICES
    BLDG CHRISTIANA 3
    900 SOMOSET DR
    NEWARK, DE 92629

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1011501 | PATRICIA ROBLES<br>ACCT: 1769040477770 | XXX-XX-2602<br>Claim: 00003 | 8,155.53 | 0.00 | 8,155.53 |
| | | TOTALS | 8,155.53 | 0.00 | 8,155.53 |

PATRICIA ROBLES

BALANCE:     37,317.56     [0.00 23/00003]
SSN: XXX-XX-2602     SSN:
ACCT: 1769040477770     CASE: 1011501
PRINCIPAL:     8,155.53     INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301096

Aug 22, 2011

VOID 90 DAYS FROM DATE

*****$8,155.53

PAY  Eight Thousand One Hundred Fifty Five And 53 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301096⑈ ⑆061100790⑆ 0000005751862⑈