Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| PATRICIA ROBLES | ) Chapter 13 </br> ) </br> ) Case No.: 8:10-bk-11501-RK </br> ) </br> ) **NOTICE OF UNCLAIMED DIVIDEND** </br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301097** in the sum of **$135.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ORANGE COUNTY TAX COLLECTOR
    PO BOX 1438
    SANTA ANA, CA #REF!

Date: September 10, 2011          __/S/_____
                                            Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1011501 | PATRICIA ROBLES<br>ACCT: 023-261-03.00 | Claim: 00014 | XXX-XX-2602 | 135.00 | 0.00 | 135.00 |
| | | TOTALS | | 135.00 | 0.00 | 135.00 |

PATRICIA ROBLES

BALANCE:      9,988.92      [0.00  27/00014]
SSN: XXX-XX-2602    SSN:
ACCT: 023-261-03.00            CASE: 1011501
PRINCIPAL:      135.00    INTEREST:      0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301097

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$135.00

PAY  One Hundred Thirty Five And 00 / 100 Dollars

TO THE ORDER OF  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301097⑆ ⑈061100790⑈ 000000575186 2⑆